IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN CHRISTIAN GRAVLEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF OKLAHOMA, et al., ) <br> ) <br> Defendants. ) | Case No. CV-24-221-D |

**ORDER**

Before the Court is United States Magistrate Judge Suzanne Mitchell's Report and Recommendation [Doc. No. 23] filed pursuant to 28 U.S.C. § 636(b)(1). Judge Mitchell recommended granting Plaintiff's Motion to Dismiss [Doc. No. 20] and continuing to collect monthly payments until Plaintiff has paid the full filing fee. Plaintiff has not filed any timely objections to Judge Mitchell's report.

Therefore, upon review of the file, the Court **ADOPTS** the Report and Recommendation [Doc. No. 23] in its entirety and **GRANTS** Plaintiff's Motion [Doc. No. 20].

**IT IS THEREFORE ORDERED** that the above-captioned action is dismissed without prejudice. A separate Judgment will be entered.

**IT IS SO ORDERED** this 16th day of October, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge